# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER,<br><br>  Plaintiffs,<br><br>  v.<br><br>AMERICAN RECLAMATION, INC. AND JOHN R. GASPARIAN,<br><br>  Defendants. | Case No.: 21-cv-01140-DDP-E<br>Assigned to: Judge Dean D. Pregerson, Courtroom 9C<br><br>**ORDER OF DISMISSAL AS TO STIPULATION OF DISMISSAL OF THIRD PARTY CLAIM [FRCP 41(A)] [50]** |
| AMERICAN RECLAMATION, INC. and JOHN R. GASPARIAN,<br><br>  Third Party Plaintiffs,<br><br>  v.<br><br>CLEMENTS ENVIRONMENTAL CORPORATION, a California corporation; CLEMENTS ENVIRONMENTAL LLC, a Delaware Limited Liability Company, | Case Filed:    February 8, 2021<br>Trial Date: |

Third Party Defendants.

Third party plaintiffs American Reclamation, Inc. and John R. Gasparian, plaintiff Los Angeles Waterkeeper and third party defendant Clements Environmental Corporation hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that the third party claim asserted by American Reclamation, Inc. and John R. Gasparian herein be dismissed with prejudice, with third party plaintiffs and third party defendants each bearing that party's own attorney's fees and costs with respect to claims asserted by American Reclamation, Inc.

Dated: April 28, 2022        TYSON & MENDES LLP

BY *CANDICE HAMANT*
   CANDICE HAMANT
   Attorneys for Defendants/Third Party
   Plaintiffs, AMERICAN
   RECLAMATION, INC. and JOHN R.
   GASPARIAN

Dated: April 28, 2022        WOOD, SMITH, HENNING & BERMAN LLP

BY *Catherine L. Deter*
   Catherine L. Deter
   David J. Libertella
   Attorneys for Third Party Defendants
   CLEMENTS ENVIRONMENTAL
   CORPORATION

Dated: April 28, 2022        ENVIRONMENTAL ADVOCATES

BY *Christopher Sproul*
   Christopher Sproul
   Stuart Wilcox
   Attorneys for Plaintiff, LOS ANGELES
   WATERKEEPER

## **ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THE THIRD PARTY ACTION BY AMERICAN RECLAMATION, INC. AND JOHN R. GASPARIAN BE, AND HEREBY IS, DISMISSED WITH PREJUDICE, with third party plaintiffs and third party defendants each bearing that party's own attorney's fees and costs.

Dated: 6-3-2022

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE